# Court of Appeals
## Tenth Appellate District of Texas

### 10-26-00294-CR

### In re Lester Guyton

### Original Proceeding

JUSTICE SMITH delivered the opinion of the Court.

## MEMORANDUM OPINION

The petition for writ of mandamus filed by Relator, Lester Guyton, on July 23, 2026, is DENIED.

_____

STEVE SMITH
Justice

OPINION DELIVERED and FILED:  July 30, 2026

Before Chief Justice Johnson,
      Justice Smith, and
      Justice Harris
Petition denied
Do Not Publish
OT06

